# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 15-1334** | **September Term, 2015** |
| | EPA-80FR42870 |
| | Filed On: October 30, 2015 [1581000] |

Compsys, Inc.,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

**O R D E R**

Upon consideration of petitioner's unopposed motion to sever and hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court. The consolidation of this case with No. 15-1328 is hereby terminated.

Petitioner is directed to file status reports at 60-day intervals beginning December 29, 2015.

The parties are directed to file motions to govern future proceedings in this case within 21 days of the completion of the agency proceedings, but no later than March 14, 2016.

                                            FOR THE COURT:
                                            Mark J. Langer, Clerk

                          BY:    /s/
                                            Mark A. Butler
                                            Deputy Clerk